# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Reavley, Thomas M | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>04/27/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Bob Casey Federal Courthouse<br>515 Rusk Street, Room 11009<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 04/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Texas, Judicial Retirement | $ 68,400.00 |
| 2. 2006 | South Texas School of Law | $ 10,000.02 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | See attached report of █████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 04/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Prudential Insurance Co. | Policy Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank (Houston) | C | Interest | M | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | B | Royalty | J | W | | | | | |
| 3. Minerals (Samson) Nacogdoches County, Texas | G | Royalty | N | T | | | | | |
| 4. Minerals (Apache) Nacogdoches County, Texas | C | Royalty | K | T | | | | | |
| 5. Minerals (Basa) Nacogdoches County, Texas | A | Royalty | J | T | | | | | |
| 6. Chase Bank (Austin) | C | Interest | M | T | | | | | |
| 7. Hester Total Return Fund | | None | | | Redemption | 1/19 | O | | Issuer |
| 8. Minerals (Chesapeake - was BRG) Nacogdoches County, Texas | A | Royalty | J | T | | | | | |
| 9. Fee Land, Lano County, Texas | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Prudential Insurance Company | A | Interest | J | W | | | | | |
| 12. | | | | | | | | | |
| 13. Minerals (Enervest) Shelby County, Texas | B | Royalty | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. Minerals (BP) Panola County, Texas | C | Royalty | K | T | | | | | |
| 16. Minerals (EOG) Nacogdoches County, Texas | A | Royalty | J | T | | | | | |
| 17. Minerals (AC Exp) Shelby County, Texas | B | Royalty | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000  Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | P4 =More than $50,000,000  S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Minerals (Noble) Nacogdoches County, Texas | C | Royalty | K | T | | | | | |
| 19. Minerals (Hunt) Nacogdoches County, Texas | B | Royalty | K | T | | | | | |
| 20. Minerals (Delta Petroleum) Newton County, Texas | A | Bonus | J | W | | | | | |
| 21. Morgan Stanley & Co. (cash balance in brokerage account) | A | Interest | J | T | Open Account | 2/9 | O | | |
| 22. Morgan Stanley Institutional Funds | C | Interest | | | Buy | 2/13 | O | | |
| 23. | | | | | Sell | 10/3 | · M | | |
| 24. Daily Tax Free Income Fund | A | Interest | L | T | Buy | 10/4 | M | | |
| 25. Colorado Springs Bonds 3.78% Due 12/15/32 | C | Interest | L | T | Buy | 2/16 | L | | |
| 26. Tarrant County Bond 3.75% Due 2/15/33 | C | Interest | L | T | Buy | 2/16 | L | | |
| 27. University of Texas Permanent Bond 5% Due 7/01/13 | | None | M | T | Buy | 12/21 | M | | |
| 28. Corpus Christi Bond 4% Due 7/15/11 | | None | M | T | Buy | 10/13 | M | | |
| 29. Greater Clark County, Colorado Bond 5% Due 7/15/11 | B | Interest | M | T | Buy | 2/21 | M | | |
| 30. Akron, Ohio Bond 5% Due 1/12/17 | D | Interest | M | T | Buy | 2/16 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | ● =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 04/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

My ▮▮▮ is ▮▮▮▮▮▮▮ I attach a copy of her financial disclosure report for my report of her finances.

BRG minerals conveyed to Chesapeake in 2005 (item 12 in prior report).

The Delta Petroleum bonus (item 20) was minor payment for possible tiny interest acquired, if it was, long ago.

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M | 04/27/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date_ 4-27-07 _

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544